FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

N.A.
(Inmate Number)

Anthony C. Breneiser
(Name of Plaintiff)

7 Ellsworth Dr.
(Address of Plaintiff)

Montrose P.A. 18801

vs.

Charles J. Aliano, William Brennan, William Gregory, Chuck Bauer, Clem Naylor
(Names of Defendants)

1: CV 00-0278
(Case Number)

COMPLAINT

FILED
SCRANTON

FEB 15 2000

PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                   ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
   
   No

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      ✓ Yes ___ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ✓ Yes ___ No

      If your answer is no, explain why not _____

   C. Is the grievance process completed? ✓ Yes ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Charles J. Aliano is employed as Prison Board member/ District Attorney at Susquehana County Correctional Facili[ty]/ Susquehana County/Court House.

B. Additional defendants

William Brennan, William Gregory, Chuck Bauer, Clem Naylor

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. Charles J. Aliano's misuse of his power/influenc[e] as a member of the prison board and his position as Susquehana county District Attorney. !"See attached"!

2. William Brennan and William Gregory, the warde[n] and Deputy warden at the Susquehana county correctional facility, intentional disregard of m[y] rights as a Human being and as a prisoner. !"See attached"!

3. Clem Naylor and chuck Bauer both are employ[ed] as correctional officer's at the Susquehana cou[nty] correctional facility, Intentional Disregard of m[y] rights as a Human Being and prisoner, Malicious retaliation's.
!"See attached"!

Attached 1#                                    2-3-00

Your petitioner left the jail through an open door. An eventual investigation of how and why I left the jail led to the termination of one guard and the suspension of one other guard.

Due to the initial investigation which resulted in the termination of one and suspension of another, led to many malicious retaliatory action's which are as follow's:

Upon my returning to the jail I was immediately locked down in a cell for a term of 66 day's without a hearing, I am still to this day forced to wear shackles in a secured facility. The continued and unnessecary use of the shackle for the sake of punishment and harrassment has caused cuts, bleeding and bruises on my ankles.

Charle's Aliano's misuse of his power as member of the prison board and D.A. are as follow: His malicious intent behind his numerous threats to me and my alleged co-defendant's. His deliberate and calculated effort to deprive me of my due process and constitutional right's. His misuse of power as prison board member over warden and Deputy warden.

Correctional officer's Clem Naylor and Chuck Bar maliciously retaliated against me due to the

A.C.B  termination of one of their co-worker's/fri

<u>Attached 2#</u>                              2-3-00

by C.O. Clem Naylor ~~[struck]~~ the termination of another guard. On one occasion I was attacked by Clem Naylor, Chuck Bauer, and another C.O., I was tackled, held to the floor, I received many punches to my mid-section, I was then placed in shackles and hand cuffs, I was then sprayed with pepper spray in my face, then again in the chest, I received no medical attention. This was all ~~[struck]~~ pre-meditated. All of the defendants I believe are acting under color of state authority, they have continuously and maliciously mis used the power and authority they possess in any way to suit themselves, disregarding me at any and every cost.

                    *Anthony C. Brenain*

A.C.B

Attached 3#                    2-3-00

This whole situation is further aggravated by the fact that prison board member/ D.A. Charles Aliano and a local magistrate judge were arrested for Drugs, and these Imbalanced officials are actively trying to seek multiple convictions on charges that Have no merit and have gone to the extent of threatening my wife and a co-Defendants wife, Along with encouraging other's to write patently false statements. They even at one point sought assistance from the Public Defender to use trickery and coax myself and other co-Defendants to waive All of our rights and plead guilty to over A Hundred different criminal charges.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Dismissal of all criminal and pending charges against me, and release from custody as soon as possible.

2. Charles. J. Aliano resignation and public apology.

3. Compensation $3.5 million.

Signed this __3rd__ day of __February__, 2000.

_Anthony C. Breneiser_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__2-3-00__                  _Anthony C. Breneiser_
(Date)                      (Signature of Plaintiff)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 1148

SCRANTON, PA  18501

February 16, 2000

Anthony C. Breneiser
CTY-SUS
Susquehanna County Prison
7 Ellsworth Dr.
Montrose, PA  18801

Re:  1:00-cv-00278    Breneiser v. Aliano
     Judge: William W Caldwell

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

Very truly yours,

MARY E. D'ANDREA, Clerk

By: _____
        Deputy Clerk

[ ] Petition For Writ of Habeas Corpus    [X] Complaint

[ ] Transfer From Other District          [ ] Other

NOTE:  Please be advised that in order for service to be made a U.S. Marshal Form 285 (form enclosed) must be completed for each named defendant and returned to the Clerk's Office at the above address. Additional forms are available at the prison library or the U.S. Marshal's Office. (This does not apply to Petitions for Writ of Habeas Corpus.)

Enclosed:  Notice of Consent regarding Magistrate Referral.