⑥
2/29/00
ASM

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY C. BRENEISER,<br>    Plaintiff,<br><br>    v.<br><br>CHARLES J. ALIANO,<br>WILLIAM BRENNAN,<br>WILLIAM GREGORY,<br>CHUCK BAUER, and<br>CLEM NAYLOR,<br>    Defendants | : CIVIL NO: 1:CV-00-0278<br>:<br>: (Judge Caldwell)<br>:<br>: (Magistrate Judge Smyser)<br>:<br>: **FILED**<br>: HARRISBURG, PA<br>:<br>: FEB 2 8 2000<br>:<br>: MARY E. D'ANDREA, CLERK<br>  Per _____ Deputy Clerk |

### ORDER

AND NOW, this 28TH day of February, 2000, pursuant to the Administrative Order issued on February 16, 2000, **IT IS HEREBY ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve, in accordance with Fed.R.Civ.P. 4, plaintiff's complaint on defendants Bauer and Naylor only.

AO 72A

Defendants Bauer and Naylor are requested to waive service pursuant to Rule 4(d).[1]

_____
J. Andrew Smyser
Magistrate Judge

Dated: February 28, 2000.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to defendants Bauer and Naylor.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 28, 2000

Re:   1:00-cv-00278   Breneiser v. Aliano

True and correct copies of the attached were mailed by the clerk to the following:

Anthony C. Breneiser
CTY-SUS
Susquehanna County Prison
7 Ellsworth Dr.
Montrose, PA  18801

```
cc:
Judge                            (  )
Magistrate Judge                 (✓)
U.S. Marshal                     (  )
Probation                        (  )
U.S. Attorney                    (  )
Atty. for Deft.                  (  )
Defendant                        (  )
Warden                           (  )
Bureau of Prisons                (  )
Ct Reporter                      (  )
Ctroom Deputy                    (  )
Orig-Security                    (  )
Federal Public Defender          (  )
Summons Issued                   (✓) with N/C attached to complt. and served by:
                                     U.S. Marshal (✓)    Pltf's Attorney (  )
Standard Order 93-5              (  )
Order to Show Cause              (  ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   (  )   PA Atty Gen  (  )
                                          DA of County  (  )   Respondents  (  )

Bankruptcy Court                 (  )
Other_____     (  )
```

MARY E. D'ANDREA, Clerk

DATE: 2/28/00                    BY: _____
                                        Deputy Clerk