
IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY C. BRENEISER, | : |
| Plaintiff | : |
| v. | : JUDGE JAMES F. McCLURE |
| CHARLES J. ALIANO, WILLIAM BRENNAN, WILLIAM GREGORY, CHUCK BAUER and CLEM NAYLOR, | : |
| Defendants | : NO. 1:00-CV-0278 |

### ENTRY OF APPEARANCE

TO: SYLVIA HESS, DEPUTY CLERK

Please enter the appearance of the undersigned as counsel for the Defendants, William Brennan, William Gregory, Chuck Bauer and Clem Naylor in the above-captioned action.

KREDER, BROOKS, HAILSTONE & LUDWIG

BY: _____
Michael J. Donohue
220 Penn Avenue, Suite 200
Scranton, PA 18503
Telephone: (570) 346-7922
Attorneys for Defendants

FILED
WILLIAMSPORT
APR 3 2000
PER _____ DEPUTY CLERK

## CERTIFICATE OF SERVICE

AND NOW, this 29th day of March, 2000, I, Michael J. Donohue, a member of the firm of Kreder, Brooks, Hailstone & Ludwig, hereby certify that I have this day served the within Entry of Appearance, by depositing a copy thereof in the United States Mail, postage prepaid, at Scranton, Pennsylvania, addressed to the party or attorney of record as follows:

        Anthony C. Breneiser
        Susquehanna County Prison
        7 Ellsworth Drive
        Montrose, PA  18801

        KREDER, BROOKS, HAILSTONE & LUDWIG

        BY: _____
              Michael J. Donohue