UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY C. BRENEISER,<br>    Plaintiff,<br><br>v.<br><br>CHARLES J. ALIANO,<br>WILLIAM BRENNAN,<br>WILLIAM GREGORY,<br>CHUCK BAUER, and<br>CLEM NAYLOR,<br>    Defendants | : CIVIL NO: 1:CV-00-0278<br>:<br>: (Judge Caldwell)<br>:<br>: (Magistrate Judge Smyser)<br>:<br>: **FILED**<br>: HARRISBURG, PA<br>:<br>: APR 10 2000<br>:<br>: MARY E. D'ANDREA, CLERK<br>: Per _____ Deputy Clerk |

### CASE MANAGEMENT ORDER

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on February 15, 2000. On April 3, 2000, the defendants filed an entry of appearance. The following case management deadlines govern this case.

    1. **Discovery Deadline**. All discovery shall be planned and commenced so as to be completed by October 10, 2000.

    2. **Discovery Limitations**. In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25);

AO 72A

the maximum number of document production requests per side shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions**. Any discovery-related motion shall be filed on or before October 17, 2000. Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4. **Dispositive Motions**. Any dispositive motion shall be filed, as well as the supporting brief, on or before August 10, 2000.

5. **Consent**. On or before August 10, 2000 counsel for the defendant[s] shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that there is not mutual consent to have a magistrate judge serve as the judge of the case.

2

The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will be granted only when good cause is shown and a motion is timely made.

J. Andrew Smyser
Magistrate Judge

Dated:    April   *10*  , 2000.

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 10, 2000

Re:  1:00-cv-00278   Breneiser v. Aliano

True and correct copies of the attached were mailed by the clerk to the following:

    Anthony C. Breneiser
    CTY-SUS
    Susquehanna County Prison
    7 Ellsworth Dr.
    Montrose, PA  18801

```
cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 4/10/00      BY: _____
                                              Deputy Clerk