1:00cv278
MJ. Smyser

```
Wed May 17 10:55:06 2000

    UNITED STATES DISTRICT COURT
    SCRANTON      , PA

Receipt No.  333 79067
Cashier       tanya

Tender Type  CHECK

Check Number: 469

Transaction Type   AR

BO Code    Div No    Acct
4667         3       5100PL

Amount              $    16.15

ANTHONY BRENEISER SUSQUEHANNA CO. 7
ELLSWORTH DR. MONTROSE, PA 18801

PARTIAL FILING FEE 00-CV-278
```

FILED
SCRANTON

MAY 17 2000

PER _____ AMO
    DEPUTY CLERK