

8-4-00
sc

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY C. BRENEISER, | : | CIVIL NO: 1:CV-00-0278 |
| Plaintiff, | : | |
| | : | (Judge Caldwell) |
| v. | : | |
| | : | (Magistrate Judge Smyser) |
| CHUCK BAUER, and | : | |
| CLEM NAYLOR, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

AUG 3 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

On April 10, 2000, Charles Aliano filed a motion to dismiss the complaint. A brief in support of the motion to dismiss has not been filed. Pursuant to Local Rule 7.5, Rules of Court, M.D. Pa, the motion is deemed withdrawn. We note that Charles Aliano is no longer a defendant in this action. The claims against him were dismissed by an Order dated April 4, 2000.

AO 72A
(Rev 8/82)

AND NOW, this 3rd day of August, 2000, **IT IS HEREBY ORDERED** that the motion (doc. 11) to dismiss filed by Charles Aliano is deemed **WITHDRAWN**.

                                                                        J. Andrew Smyser
                                                                        Magistrate Judge

Dated: August 3, 2000.

AO 72A
(Rev.8/82)

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                      August 3, 2000


  Re:  1:00-cv-00278    Breneiser v. Aliano



  True and correct copies of the attached were mailed by the clerk
  to the following:


       Anthony C. Breneiser
       CTY-SUS
       Susquehanna County Prison
       7 Ellsworth Dr.
       Montrose, PA  18801

       Michael J. Donohue, Esq.
       Kreder, Brooks, Hailstone & Ludwig
       P.O. Box 956
       220 Penn Ave.
       Suite 200
       Scranton, PA  18501




cc:
Judge                            ( )
Magistrate Judge                 (✓)
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )    PA Atty Gen ( )
                                           DA of County  ( )    Respondents ( )
Bankruptcy Court                 ( )
Other_____     ( )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: _____8/3/00_____          BY: _____[signature]_____
                                    Deputy Clerk