9/12/00

*Anthony Breneiser*

**REGISTER REPORT**
5/17/00 Through 9/12/00

**RECEIVED SCRANTON**

SEP 1 4 2000

1-CV-00-278

Page 1

PER _____ DEPUTY CLERK

| Num | Date | Payee | Account | Amount |
|---|---|---|---|---|
|  |  | Opening Balance As Of 5/17/00 |  | 0.27 |

**Month Ending 5/31/00**

|  | 5/17/00 | CHECK FROM MICHELE | BRENEISER,TONY | 14.00 |
|---|---|---|---|---|
|  | 5/17/00 | MONEY TO U.S. DISTRICT COURT | BRENEISER,TONY | (2.80) |
|  | 5/18/00 | CIGARETTES | BRENEISER,TONY | (11.00) |
|  | 5/23/00 | CASH | BRENEISER,TONY | 15.00 |
|  | 5/23/00 | MONEY TO U.S. DISTRICT COURT | BRENEISER,TONY | (3.00) |
|  | 5/24/00 | COMMISSARY | BRENEISER,TONY | (5.20) |
|  | 5/31/00 | COMMISSARY | BRENEISER,TONY | (6.97) |
|  |  | Total Month Ending 5/31/00 |  | 0.03 |
|  |  | Ending Balance As Of 5/31/00 |  | 0.30 |

**Month Ending 6/30/00**

|  | 6/9/00 | CASH | BRENEISER,TONY | 15.00 |
|---|---|---|---|---|
|  | 6/9/00 | MONEY TO U.S. DISTRICT COURT | BRENEISER,TONY | (3.00) |
|  | 6/14/00 | COMMISSARY | BRENEISER,TONY | (11.15) |
|  | 6/21/00 | COMMISSARY | BRENEISER,TONY | (0.99) |
|  | 6/23/00 | CASH | BRENEISER,TONY | 15.00 |
|  | 6/23/00 | MONEY TO U.S. DISTRICT COURT | BRENEISER,TONY | (3.00) |
|  | 6/27/00 | COMMISSARY | BRENEISER,TONY | (11.79) |
|  |  | Total Month Ending 6/30/00 |  | 0.07 |
|  |  | Ending Balance As Of 6/30/00 |  | 0.37 |

**Month Ending 7/31/00**

|  | 7/3/00 | MONEY ORDER | BRENEISER,TONY | 50.00 |
|---|---|---|---|---|
|  | 7/3/00 | MONEY TO U.S. DISTRICT COURT | BRENEISER,TONY | (10.00) |
|  | 7/6/00 | COMMISSARY | BRENEISER,TONY | (20.25) |
|  | 7/11/00 | COMMISSARY | BRENEISER,TONY | (19.85) |
|  |  | Total Month Ending 7/31/00 |  | (0.10) |
|  |  | Ending Balance As Of 7/31/00 |  | 0.27 |

**Month Ending 8/31/00**

|  | 8/14/00 | CASH | BRENEISER,TONY | 100.00 |
|---|---|---|---|---|
|  | 8/14/00 | MONEY TO U.S. DISTRICT COURT | BRENEISER,TONY | (20.00) |
|  | 8/16/00 | COMMISSARY | BRENEISER,TONY | (39.50) |
|  | 8/23/00 | COMMISSARY | BRENEISER,TONY | (40.00) |
|  |  | Total Month Ending 8/31/00 |  | 0.50 |
|  |  | Ending Balance As Of 8/31/00 |  | 0.77 |

0.50

0.77

*[Receipt stamp, rotated:]*
Thu Sep 14 11:58:49 2000
UNITED STATES DISTRICT COURT
SCRANTON, PA
Receipt No. 333 A1096
Cashier rich
Transaction Type AR
Check Number: 532
Tender Type CHECK
DO Code Div No
4667 3
Amount Acct
$ 41.00 5100PL
ANTHONY BRENEISER
MONTROSE, PA 18801
NEW CASE FILING FEE - 00-0278

57.99