11/28/00    Page 1

## REGISTER REPORT
9/13/00 Through 11/28/00

| Num | Date | Payee | Account | Amount |
|---|---|---|---|---|
| | | Opening Balance As Of 9/13/00 | | 0.77 |
| | **Month Ending 9/30/00** | | | |
| | 9/27/00 | COMMISSARY | BRENEISER,TONY | (0.75) |
| | Total Month Ending 9/30/00 | | | (0.75) |
| | Ending Balance As Of 9/30/00 | | | 0.02 |
| | **Month Ending 11/30/00** | | | |
| | 11/8/00 | CHECK | BRENEISER,TONY | 120.00 |
| | 11/8/00 | MONEY TO U.S. DISTRICT COURT | BRENEISER,TONY | (24.00) |
| | 11/8/00 | MONEY TO GED | BRENEISER,TONY | (50.00) |
| | 11/8/00 | MONEY TO PERSONALS | BRENEISER,TONY | (46.00) |
| | 11/20/00 | COUNTY CHECK | BRENEISER,TONY | 64.00 |
| | 11/20/00 | MONEY TO U.S. DISTRICT COURT | BRENEISER,TONY | (12.80) |
| | 11/20/00 | FINES TO PROBATION | BRENEISER,TONY | (20.00) |
| | 11/20/00 | MONEY TO PERSONALS | BRENEISER,TONY | (31.20) |
| | Total Month Ending 11/30/00 | | | 0.00 |
| | Ending Balance As Of 11/30/00 | | | 0.02 |

**GRAND TOTAL**     (0.75)

**ENDING BALANCE**     0.02

FILED
RECEIVED
SCRANTON
NOV 29 2000
MARY E. D'ANDREA, CLERK
PER
DEPUTY CLERK

00-CV-278

510-32.01
0869 - 4.79

---

Wed Nov 29 11:02:16 2000

UNITED STATES DISTRICT COURT
SCRANTON , PA

Receipt No. 333 01859
Cashier         tanya
Tender Type     CHECK
Check Number:   751
Transaction Type    02
DO Code         4667    Div No 3
Amount          $   32.01
                        Brot 510004

SUSQUEHANNA CO. INMATE 7 ELLSWORTH D
R. MONTROSE 18801
PARTIAL FILING FEE 00-CV-278 TONY BR
ENEISER