```
Wed Nov 29 16:41:35 2000

UNITED STATES DISTRICT COURT
   SCRANTON      , PA

Receipt No.  333 81856
Cashier       tanya

Check Number:  751

DD Code    Div No
 4667        3

Sub Acct Type Tender    Amount
1:5100PL   AR    2       32.01
2:8063PL   AR    2        4.79

Total Amount         $   36.80

SUSQUEHANNA CO. PRISON 7 ELLSWORTH D
R. MONTROSE, PA 18801

PARTIAL FILING FEE 00-CV-278 ANTHONY
BRENESIER
```

00-CV-278

12-4

FILED
SCRANTON

NOV 29 2000

PER _____
  DEPUTY CLERK