H36

Page 1

```
Wed Mar 21 11:44:03 2001

UNITED STATES DISTRICT COURT
    SCRANTON     , PA

Receipt No.   303 83093
Cashier       rich

Tender Type  CHECK

Check Number: 305

Transaction Type  AR

DØ Code    Div No    Acct
 4667        3      0869PL

Amount       $   20.00

ANTHONY BRENEISER  SUSQ. CO.PRISON
MONTROSE, PA 18801

PARTIAL FILING FEE - 00-0278


Wed Mar 21 11:11:10 2001
cn
Check No. 305
Amount$   20.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

**REGISTER REPORT**
1/1/01 Through 3/20/01

|  | Account | Amount |
|---|---|---|
| f 1/1/01 |  | 0.02 |
|  | BRENEISER,TONY | 50.00 |
| TO U.S. DISTRICT COURT | BRENEISER,TONY | (10.00) |
| SARY | BRENEISER,TONY | (32.05) |
| S MARLBORO | BRENEISER,TONY | (6.50) |
| SARY | BRENEISER,TONY | (1.25) |
|  | BRENEISER,TONY | 50.00 |
| TO U.S. DISTRICT COURT | BRENEISER,TONY | (10.00) |
| /31/01 |  | 40.20 |
| 3/31/01 |  | 40.22 |
|  |  | 40.20 |
|  |  | 40.22 |

Tony Breneiser
0-cv-00278

RECEIVED
SCRANTON
MAR 21 2001
PER _____ DEPUTY CLERK